UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODERICO FILADELFO PEREZ-
PEREZ,                                              Case No. 2:25-cv-10872

            Petitioner,                        HONORABLE STEPHEN J. MURPHY, III

v.

ROBERT LYNCH, et al.,

            Respondents.
_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order

dated April 17, 2025, Petitioner's claims are dismissed with prejudice.


                                        KINIKIA ESSIX
                                        CLERK OF THE COURT

                                        BY: s/R. Loury

Dated: April 17, 2025

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

1